IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KURT SANDVIG, § | |
|     Plaintiff, § | |
| § | |
| v. § | No. 3:23-cv-01319-N (BT) |
| § | |
| FEDERAL BUREAU OF PRISONS, § | |
|     Defendant. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Defendant's motion to dismiss (Doc. 21) is **GRANTED IN PART**. To the extent that Defendant seeks a stay of this action until August 30, 2024, the motion is **GRANTED**. The motion is otherwise **DENIED**. This action is **STAYED**, and Clerk of Court is **DIRECTED** to administratively close this case. Defendant is **ORDERED** to file a status report no later than **September 6, 2024**, notifying the Court of the status of the plaintiff's surgery and indicating whether it believes further proceedings are necessary in light of that status.

    SIGNED this 1st day of July, 2024.

    _____
    **DAVID C. GODBEY**
    **CHIEF UNITED STATES DISTRICT JUDGE**